### DEMPSEY, Appellant, v. HEANEY, Respondent.

*(Superior Court of New York City, General Term. December 10, 1891.)*

Action by William Dempsey against John Heaney. Plaintiff appeals from order vacating an order for the examination of defendant before trial.

Argued before SEDGWICK, C. J., and DUGRO, J.

*Edmund Luis Mooney*, for appellant.  *Bernard Metzger*, for respondent.

PER CURIAM. The learned judge was right in holding that no necessity for an examination was shown. Indeed, take the whole of the affidavit together, it appears that the examination was to be used as a preparation for trial. Order affirmed, with $10 costs.